UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14568-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

v.

FLAMINGO LAUNDRY CENTER, INC.,

    Defendant.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 9]. In light of the Notice of Voluntary Dismissal, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of January, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record